**Order entered October 22, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00696-CV

## IN THE INTEREST OF I. L. S., A CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-7655**

## ORDER

We **DENY** appellant's October 7, 2013 second motion for reconsideration of the dismissal order and the jurisdictional brief filed. This appeal is now proceeding under appellate cause number 05-13-00958-CV.

/s/  DAVID L. BRIDGES
    JUSTICE